IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JOSEPH CHANCE SLATER,    *

      Plaintiff,    *

v.    Case No.   7:20-CV-182(HL)

      *

LATRENDA WEBB,

      *

      Defendant.

      *

## J U D G M E N T

Pursuant to this Court's Order dated March 12, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 14th day of March, 2022.

      David W. Bunt, Clerk

      s/ Robin L. Walsh, Deputy Clerk